1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

MAR 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12
13
14

15  UNITED STATES OF AMERICA,    )
16       Plaintiff,               )  ORDER OF DETENTION AFTER
                                  )  HEARING (Fed.R.Crim.P. 32.1(a)(6)
17       v.                       )  Allegations of Violations of Probation
                                  )  Supervised Release)
18  *David Ray Lynch*             )  Conditions of Release)
                                  )
19                                )
       Defendant.                 )
20  ─────────────────────────────
21      On arrest warrant issued by a United States District Court involving alleged
    violations of conditions of probation or Supervised Release,
22
        The court finds no condition or combination of conditions that will
23
    reasonably assure:
24
        (A)   (✗)   the appearance of defendant as required; and/or
25
        (B)   ( ✓ ) the safety of any person or the community.
26
    //
27
    //
28

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *he can remain drug free*

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: *he can abide by court orders*

IT IS ORDERED that defendant be detained.

DATED: 3/7/08

/s/ Stephen J. Hillman
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE